# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff,<br>v.<br>DEVAL HATCHER,<br>　　　Defendant. | Case No. 2:23-cr-00012-NJK<br>**Order**<br>[Docket No. 11] |

Pending before the Court is Defendant's motion to dismiss citation due to unconstitutionally vague statute. Docket No. 11. The United States filed a response. Docket No. 6. No reply is needed. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Defendant was charged with resisting issuance of a citation in violation of 43 C.F.R. § 8365.1-4(a)(4).[1] Docket Nos. 6 at 2, 11 at 2. He submits that the statute underlying this charge violates due process because it is impermissibly vague. Docket No. 11 at 3. The United States dismissed this charge on January 30, 2023. *See* Docket No. 4-1 (dismissal of citation).

Accordingly, Defendant's motion to dismiss citation due to unconstitutionally vague statute is **DENIED** as moot. Docket No. 11.

IT IS SO ORDERED.

Dated: February 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Defendant was also charged with exceeding posted speed in violation of 43 C.F.R. § 83651.1-3(a). Docket No. 6 at 2. That charge remains pending. *See* Docket No. 1.

1