RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Benjamin F. J. Nemec

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Deval Hatcher,<br><br>        Defendant. | Case No. 2:23-cr-00012-NJK<br><br>**Motion to Withdraw Motion to Dismiss for Lack of Cognizable Offense (ECF No. 10)** |

Defendant Deval Hatcher, through his counsel, Benjamin F. J. Nemec, files this Motion to Withdraw Motion to Dismiss for Lack of Congizable Offense (ECF No. 10).  As indicated in the government's Response, ECF No. 7, the information rectifies the defects in the original citation and dismisses one of the counts against Mr. Hatcher.  Thus, Mr. Hatcher's Motion to Dismiss for Lack of

. . .

. . .

Cognizable Offense is moot, and Mr. Hatcher requests this Court allow him to withdraw it.

RENE L. VALLADARES  
Federal Public Defender

By: _/s/ Benjamin F. J. Nemec_  
BENJAMIN F. J. NEMEC  
Assistant Federal Public Defender  
Attorney for Deval Hatcher

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2023

2